**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **MERRILL LYNCH & CO., INC.** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 1:11-CV-014 SS** |
| | § | |
| **OSCAR PENN** | § | |

## MOTION TO STAY

TO THE HONORABLE COURT:

COMES NOW Plaintiff, Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch" or "Plaintiff"), who respectfully moves this Court to stay these proceedings pending resolution of a bankruptcy petition filed by Defendant.

### I.
### Introduction

1.    Merrill Lynch brought this suit against Defendant to confirm a November 18, 2010 Financial Industry Regulatory Authority ("FINRA") arbitration award against Defendant. No discovery control plan is in place in this action as Defendant filed for bankruptcy protection prior to filing an answer. Because Defendant's bankruptcy case is not final, none of Defendant's debts, including his debt to Merrill Lynch, has been discharged. Therefore, and pursuant to this Court's direction, Merrill Lynch requests that this matter be stayed until a final disposition is made in Defendant's bankruptcy case.

## II.
## Argument & Authorities

2.      Defendant filed for Chapter 7 bankruptcy protection on March 29, 2011. Pursuant to 11 U.S.C. § 362, this action is subject to the automatic stay.  To Merrill Lynch's knowledge, Defendant has not notified this Court of his bankruptcy petition, nor did he reveal these proceedings in his petition.  Accordingly, Merrill Lynch notified this Court of the bankruptcy petition via telephone on May 19, 2011and attempted to contact Defendant's bankruptcy attorney, Joseph Fulwiler, on May 24, 2011 and May 25, 2011 to advise him of these proceedings.  On May 26, 2011, Mr. Fulwiler returned Merrill Lynch's call.  Merrill Lynch advised him of these proceedings, but he declined to submit notification of the bankruptcy petition to this Court.  Thus, Merrill Lynch is forced to incur the expense of filing this motion to stay these proceedings, pending a final resolution of the bankruptcy petition, to preserve its rights in the event Defendant's debt to Merrill Lynch is not discharged.  Merrill Lynch will keep this Court advised of the status of that proceeding and will move for reinstatement or dismissal of this action if and when Defendant's bankruptcy case is concluded.  This request is not made to avoid the bankruptcy court, but simply to preserve the rights of Merrill Lynch.

WHEREFORE, PREMISES CONSIDERED, Merrill Lynch respectfully requests that the Court grant its Motion to Stay and that such Stay continue until the Court has been advised of the final resolution of Defendant's bankruptcy case.

Respectfully submitted,

SAVRICK, SCHUMANN, JOHNSON, McGARR, KAMINSKI & SHIRLEY

By:     s/ David A. Buono II
        David A. Buono II
        State Bar # 24001806
        4330 Gaines Ranch Loop, Suite 150
        Austin, Texas 78735
        Phone: (512) 347-1604
        Fax: (512) 347-1676

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing has been served upon Defendant via regular mail on this the 26th day of May, 2011.

        s/ David A. Buono II
        David A. Buono II