# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **MERRILL LYNCH & CO., INC.** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 1:11-CV-014 SS** |
| | § | |
| **OSCAR PENN** | § | |

## ORDER ON MOTION TO STAY

On this day came before the Court Plaintiff Merrill Lynch's Motion to Stay the above-captioned case. The Court, having reviewed the Motion, the evidence, and argument of counsel finds that it should in all things be GRANTED.

It is ORDERED, ADJUDGED, AND DECREED that Plaintiff Merrill Lynch's Motion to Stay is GRANTED.

SIGNED this _____ day of _____, 2011.


_____
PRESIDING JUDGE