IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 JUN -1  AM 11: 53

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY

MERRILL LYNCH & CO., INC.,
                          Plaintiff,

-vs-                                               Case No.  A-11-CA-014-SS

OSCAR PENN,
                          Defendant.

## O R D E R

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause and specifically plaintiff's Motion to Stay [#10] wherein plaintiff requests a stay of these proceedings "pending resolution of a bankruptcy petition filed by defendant," and thereafter, the Court enters the following orders:

IT IS ORDERED that the motion is GRANTED, and the above-styled and numbered action against Oscar Penn is automatically stayed pursuant to the terms of 11 U.S.C. § 362(a)(1).

IT IS FURTHER ORDERED that plaintiff file status reports with the Court on a quarterly basis detailing the status of the bankruptcy action, with the first report being due **August 26, 2011**.

IT IS FINALLY ORDERED that plaintiff notify the Court immediately should the bankruptcy action be terminated or should any action occur that vacates the automatic stay of 11 U.S.C. § 362.

SIGNED on this the 31st day of May 2011.

_____
UNITED STATES DISTRICT JUDGE