FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

2011 AUG 17 AM 8: 56

CLERK U. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
                    DEPUTY

**MERRILL LYNCH & CO., INC.,**
            **Plaintiff,**

**-vs-**                                                    **Case No.  A-11-CA-014-SS**

**OSCAR PENN,**
            **Defendant.**

_____

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of

Dismissal [#12] filed by the plaintiff in the above-styled and numbered cause, and after consideration

of the same, the Court enters the following orders:

IT IS ORDERED that the Stipulation of Dismissal [#12] is GRANTED in all respects

and this lawsuit is hereby DISMISSED without prejudice.

SIGNED this the ___16th___ day of August 2011.

_____
UNITED STATES DISTRICT JUDGE